## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ADVOCAT INC.; DIVERSICARE                PLAINTIFFS
MANAGEMENT SERVICES CO.;
DIVERSICARE LEASING CO., doing
business as Conway Healthcare and
Rehabilitation Center

v.                 No. 4:11CV00895 JLH

RICHARD W. BLANCHARD, as
Special Administrator of the Estate
of Richard E. Blanchard, Deceased, and
on behalf of the Wrongful Death Beneficiaries
of Richard E. Blanchard             DEFENDANT

## ORDER

The plaintiffs filed their complaint seeking to compel arbitration on December 19, 2011. Subsequently, the defendant filed a motion to dismiss contending that the Court lacked subject-matter jurisdiction because the Federal Arbitration Act does not provide an independent basis for federal question jurisdiction and because complete diversity did not exist. The defendants then filed an amended complaint on February 15, 2012, as permitted by Fed. R. Civ. P. 15(a)(1). All plaintiffs named in the amended complaint are citizens of different states than the defendant. Furthermore, the amended complaint seeks an order compelling arbitration of a controversy exceeding the value of seventy-five thousand dollars. *See Northport Health Servs. of Ark., LLC v. Rutherford*, 605 F.3d 483 (2010). Consequently, the defendant's motion to dismiss for lack of jurisdiction is DENIED AS MOOT. Document #3.

IT IS SO ORDERED this 5th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE